IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

DAVID L. FREDRICK, JR.,

    Plaintiff,

v.

DR. GUNDERSON,

    Defendant.

CIVIL ACTION NO.: CV207-078

## ORDER

Presently before the Court is a pleading entitled "Medical Neglect", which the Court construes as Plaintiff's Objections to the Magistrate Judge's Report and Recommendation. The Magistrate Judge recommended that Plaintiff's Complaint be dismissed due to Plaintiff's failure to make any factual allegations against Defendant Gunderson. In his Objections, Plaintiff still fails to set forth any factual allegations against Defendant Gunderson. Accordingly, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED**, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted.

To the extent Plaintiff asserts he did not receive proper medical care while he was housed at a jail facility in Waycross, Georgia, in August 2007, Plaintiff may bring these claims by filing a separate cause of action.

**SO ORDERED**, this ___4___ day of ___January___, 2008.

_____
HONRABLE LISA GODBEY WOOD
UNITED STATES DISTRCT JUDGE